**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| CAR CHARGING GROUP, INC. a Nevada Corporation and 350 HOLDINGS, LLC, a Florida limited liability company, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| Vs. | ) ) | Case No. **13-cv-03124** |
| JNS HOLDING CORPORATION, a Delaware corporation, and JNS POWER & CONTROL SYSTEMS, INC., an Illinois Corporation, | ) ) ) ) ) | Hon. Elaine E. Bucklo |
| Defendants. | | |

**PLAINTIFFS' MOTION FOR REASSIGNMENT AND CONSOLIDATION PURSUANT TO L.R. 40.4 AND FED. R. CIV. P. 42**

Plaintiffs Car Charging Group, Inc. ("CCGI") and 350 Holdings, LLC ("350 Holdings") (collectively, "Plaintiffs"), pursuant to Local Rule 40.4 and Federal Rule of Civil Procedure 42(a), respectfully move this Court to reassign the case styled JNS Power & Control Systems, Inc. v. 350 Green, LLC, case number 13-cv-04020, pending before the Hon. Robert Dow, Jr., to this Honorable Court and consolidate both actions. Further, Plaintiffs submit a Memorandum of Law in Support of their Motion for Reassignment and Consolidation.

Dated: June 11, 2013  Respectfully submitted,

                                              Plaintiffs Car Charging Group, Inc. and
                                              350 Holdings, LLC

                                              By:    */s/Steven L. Baron*
                                                        One of their attorneys

Steven L. Baron (ARDC No. 6200868)
Natalie A. Harris (ARDC No. 6272361)
Mandell Menkes LLC – Firm No. 38081
One North Franklin Street, Suite #3600
Chicago, Illinois 60606
Telephone: (312) 251-1000
Facsimile: (312) 251-1010
e-mail: sbaron@mandellmenkes.com
e-mail: nharris@mandellmenkes.com


Michael I. Berstein, admitted *pro hac vice*
The Bernstein Law Firm
1688 Meridian Avenue, Suite 418
Miami Beach, Florida 33139
Telephone: (305) 672-9544
Facsimile: (305) 672-4572
e-mail: michael@bernstein-lawfirm.com

**CERTIFICATE OF SERVICE**

      The undersigned, an attorney, hereby certifies that he caused to be filed the aforementioned document, electronically, with United States District Court for the Northern District of Illinois, on June 11, 2013, which will be served via ECF on all counsel of record.

      /s/ Steven L. Baron