NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CAR CHARGING GROUP, INC., a Nevada corporation, 350 HOLDINGS, LLC, a Florida limited liability company and 350 GREEN, LLC, a Virginia limited liability company, <br><br> v.   Plaintiffs, <br><br> JNS HOLDING CORPORATION, a Delaware corporation, and JNS POWER & CONTROL SYSTEMS, INC., an Illinois Corporation, <br><br>   Defendants. | Case No.: 13-cv-03124 <br><br> (Consolidated with) <br><br> Case No.: 13-cv-04020 <br><br> Hon. Elaine Bucklo |

(Consolidated With)

JNS POWER & CONTROL SYSTEMS, INC., an Illinois Corporation,

    Plaintiffs,

v.

350 Green, LLC, a Virginia limited liability company

    Defendant.

## PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT

Plaintiffs Car Charging Group, Inc. ("CCGI"), 350 Holdings, LLC ("350 Holdings"), and 350 Green, LLC ("350 Green") (collectively, "Plaintiffs"), pursuant to Local Rule 56.1 and Federal Rule of Civil Procedure 56, move this Court for an award of Partial Summary Judgment on Count I of Plaintiffs' Amended Complaint, as there are no genuine issues of material fact, and Plaintiffs are entitled to a judgment as a matter of law. In further support of this motion,

Plaintiffs submit a Memorandum of Law, along with a Local Rule 56.1 Statement of Undisputed Facts and the Declaration of Michael D. Farkas

WHEREFORE, Plaintiffs request that the Court enter summary judgment in their favor and against defendant 350 Green, LLC on Count I of Plaintiffs' Amended Complaint.


Dated: August 5, 2013	Respectfully submitted,

Plaintiffs Car Charging Group, Inc.,
350 Holdings, LLC and 350 Green, LLC


By:	*s/Michael I. Bernstein*
	One of their attorneys


Michael I. Bernstein, admitted *pro hac vice*
The Bernstein Law Firm
1688 Meridian Avenue, Suite 418
Miami Beach, Florida 33139
Telephone: (305) 672-9544
Facsimile: (305) 672-4572
e-mail: michael@bernstein-lawfirm.com

Steven L. Baron (ARDC No. 6200868)
Natalie A. Harris (ARDC No. 6272361)
Mandell Menkes LLC – Firm No. 38081
One North Franklin Street, Suite #3600
Chicago, Illinois 60606
Telephone: (312) 251-1000
Facsimile: (312) 251-1010
e-mail: sbaron@mandellmenkes.com
e-mail: nharris@mandellmenkes.com

**CERTIFICATE OF SERVICE**

      The undersigned, an attorney, hereby certifies that Plaintiffs' Motion for Partial Summary Judgment served upon counsel herein named by via ECF notice, e-mail and U.S. Mail on August 5, 2013:

Patrick E. Deady
Kelly McCloskey Cherf
Evan J. Haim
Hogan Marren, Ltd.
321 N. Clark Street, Suite 1301
Chicago, IL 60654
312-946-1800

                                          s/ Michael I. Bernstein